FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2021 APR -5  PM 2: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.     CASE NO. 3:21-cr-29-MMH-MCR
       18 U.S.C. § 1703(b)

THOMAS ZSIZSEK

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

Between in or about January 2020 and on or about May 7, 2020, in the Middle District of Florida, the defendant,

THOMAS ZSIZSEK,

while being a Postal Service employee, did improperly and unlawfully detain and open mail not directed to him, including twelve envelopes containing approximately $60.

In violation of 18 U.S.C. § 1703(b).

KARIN HOPPMANN,
Acting United States Attorney

By: _____
Ashley Washington
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division